UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY ALAN RISCHE,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

NO. C16-339RSL

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE

Based on plaintiff's Motion and the agreement of the parties, it is hereby,

ORDERED that plaintiff's response to defendant's Motion for Summary Judgment, Dkt. # 30, shall be filed on or before Monday, February 27, 2017; defendant's reply shall be filed on or before Friday, March 3, 2017.

IT IS FURTHER ORDERED that plaintiff's reply to defendant's response to his Motion for Summary Judgment, Dkt. # 31, shall be filed on or before Friday, March 3, 2017.

The Clerk of Court is directed to renote defendant's Motion for Summary Judgment at Dkt. # 30 and plaintiff's Motion for Summary Judgment at Dkt. # 31 to March 3, 2017.

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE

1  DATED this 22nd day of February, 2017.

4  /s/ Robert S. Lasnik
5  Robert S. Lasnik
   United States District Judge

28 ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE