The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ALAN RISCHE, | Case No. 2:16-CV-339-RSL |
| Plaintiff. | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the parties' Joint Motion For Continuance. For the reasons set forth in the Motion, and for good cause being shown, the Court GRANTS Motion. The trial date and related pretrial filing deadlines are continued until resolution of the parties' motions for summary judgment. The Court will issue a revised scheduling order in the future if it is necessary.

IT IS SO ORDERED.

**Order**
(Case No. 2"16-CV-339-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-2380

Respectfully presented by:

*/s/ Jeffrey Alan Rische* (with permission)
JEFFREY ALAN RISCHE, Pro Se
10731 Burke Ave. N.
Seattle, WA 98133
Telephone: 206-784-1385
Email: jeff.rische@lightspeeddesign.com
*Plaintiff*


DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2380
Facsimile: (202) 307-0054
Email: Alexander.Stevko@usdoj.gov

*Of Counsel*:
ANNETTE L. HAYES
United States Attorney
Western District of Washington

Dated this 17th day of April, 2017.

Robert S. Lasnik
United States District Judge

Order
(Case No. 2"16-CV-339-RSL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-2380