UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Case No. 2:16-CV-339-RSL

Jeffrey Alan Rische,

Plaintiff.

v.

United States,

Defendant.

**AMENDED ORDER**

Before the Court is the parties' Joint Motion For Continuance. For the reasons set forth in the Motion, and for good cause being shown, the Court GRANTS Motion. The trial date and related pretrial filing deadlines are continued until resolution of the parties' motions for summary judgment. The Court will issue a revised scheduling order in the future if it is necessary.

IT IS SO ORDERED.

Order
(Case No. 2"16-CV-339-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-2380

1    Respectfully presented by:

2    */s/ Jeffrey Alan Rische* (with permission)
     JEFFREY ALAN RISCHE, Pro Se
3    10731 Burke Ave. N.
     Seattle, WA 98133
4    Telephone: 206-784-1385
     Email: jeff.rische@lightspeeddesign.com
5    *Plaintiff*

6

7    DAVID A. HUBBERT
     Acting Assistant Attorney General

8    /s/ *Alexander Stevko*
     ALEXANDER STEVKO
9    Trial Attorney, Tax Division
     U.S. Department of Justice
10   P.O. Box 683, Ben Franklin Station
     Washington, D.C. 20044-0683
11   Telephone: (202) 616-2380
     Facsimile: (202) 307-0054
12   Email: Alexander.Stevko@usdoj.gov

13   *Of Counsel*:
     ANNETTE L. HAYES
14   United States Attorney
     Western District of Washington
15

16
                      Dated this **29**ᵗ day of _____A M_____ , 2017.
17

18

19

20                        ___MMS Casnik_____
                      HONORABLE ROBERT S. LASNIK
21                    UNITED STATES DISTRICT JUDGE

22

23

Order                              2              U.S. DEPARTMENT OF JUSTICE
(Case No. 2"16-CV-339-RSL)                        Tax Division, Western Region
                                                  P.O. Box 683
                                                  Washington, D.C. 20044
                                                  Telephone: 202-616-2380